UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ALBERICO DE PIERRO
DE PIERRO RADDING, LLC
317 BELLEVILLE AVENUE
BLOOMFIELD, NJ 07003
TEL: 973-7487535
FAX: 973-748-0765
EMAIL: adepierro@depierrolaw.com

In Re:

JESUS MERCADO, JR. & LILLIANET MERCADO

Case No.: 16-20434

Judge: SHERWOOD

Chapter: 13

## APPLICATION FOR EXTENSION OR EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the  **ATTORNEY FOR DEBTOR**  in this matter. On **JULY 11, 2016**, a Loss Mitigation Order was entered concerning:

Property:     **699-701 DEGRAW AVENUE, NEWARK, NJ**

Creditor:     **WELLS FARGO BANK, N.A.**

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on **12/11/16**.

For the reason(s) set forth below, the **DEBTORS** hereby requests:

☑ An extension of the Loss Mitigation Period to **FEBRUARY 1, 2017**.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
The above request is made with the CONSENT OF CREDITOR'S COUNSEL. The debtors and creditor are still in the process of finalizing the modification review and process. Both creditors and debtors have been dilligent in providing documentation and communication with each other. The parties should complete the process soon and this extension will ensure same.

Dated: 12/11/16

*Alberico De Pierro*
Applicant's signature

Revised 9/19/13

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ALBERICO DE PIERRO<br>DE PIERRO RADDING, LLC<br>317 BELLEVILLE AVENUE<br>BLOOMFIELD, NJ 07003<br>TEL: 973-748-7535<br>FAX:973-748-0765<br>EMAIL: adepierro@depierrolaw.com<br>In Re:<br><br>JESUS MERCADO, JR. AND LILLIANET MERCADO | Case No.:<br><br>Chapter:<br><br>Judge: | 16-20434<br><br>13<br><br>SHERWOOD |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____JULY 11, 2016____ :

Property:  699-701 DEGRAW AVENUE

Creditor:  WELLS FARGO BANK, N.A.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTORS_____ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*