| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (NEWARK) | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2014-1729<br><br>Powers Kirn, LLC<br>ecf@powerskirn.com<br>William M. E. Powers III<br>Angela C. Pattison<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>(856) 802-1000<br>Attorney for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Jesus Mercado, Jr.<br>Lillianet Mercado | Case No.: 16-20434-JKS<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: Honorable John K. Sherwood |

Oral Argument Waived

## CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY
### (NOTE AND MORTGAGE DATED March 10, 2006)

**Sasha L Anderson** of full age, employed as **Vice President Loan Documentation** by Wells Fargo Bank, N.A., ("Wells Fargo") and am authorized to sign this certification on behalf of Wells Fargo, hereby certifies the following:

Recorded on April 4, 2006, in Essex County, in Book 11169 at Page 831

Property Address: 699-701 Degraw Avenue, Newark, NJ 07104-1615

Mortgage Holder: Wells Fargo Bank, N.A.

Mortgagor(s)/Debtor(s): Jesus Mercado, Jr. and Lillianet Mercado

POST-PETITION PAYMENTS (Petition filed on May 31, 2016)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| | | debtor suspense | $1,900.00 | 8/23/2016 | N/A |
| | | debtor suspense | $1,700.00 | 9/20/2016 | N/A |
| | | debtor suspense | $1,580.96 | 10/31/2016 | N/A |
| | | debtor suspense | $1,580.96 | 11/21/2016 | N/A |

|   |   |   |   | debtor suspense | $1,580.96 | 12/19/2016 | N/A |
|---|---|---|---|---|---|---|---|
|   |   |   |   | debtor suspense | $1,000.00 | 1/20/2017 | N/A |
|   |   |   |   | debtor suspense | $500.00 | 1/24/2017 | N/A |
|   |   |   |   | debtor suspense | $1,611.18 | 2/13/2017 | N/A |
|   |   |   |   | debtor suspense | $1,464.93 | 3/15/2017 | N/A |
|   |   |   |   | debtor suspense | $1,464.93 | 4/11/2017 | N/A |
|   |   |   |   | debtor suspense | $39.90 | 4/20/2017 | N/A |
| 1. | $1,602.01 | 6/13/2016 | 6/2016 |   |   | 4/26/2017 ($1,602.01 from suspense) | N/A |
| 2. | $1,602.01 | 6/27/2016 | 6/2016 |   |   | 4/26/2017 ($1,602.01 from suspense) | N/A |
| 3. | $1,602.01 | 7/11/2016 | 7/2016 |   |   | 4/26/2017 ($1,602.01 from suspense) | N/A |
| 4. | $1,602.01 | 7/25/2016 | 7/2016 |   |   | 4/26/2017 ($1,602.01 from suspense) | N/A |
| 5. | $1,602.01 | 8/8/2016 | 8/2016 |   |   | 4/26/2017 ($1,602.01 from suspense) | N/A |
| 6. | $1,602.01 | 8/22/2016 | 8/2016 |   |   | 4/26/2017 ($1,602.01 from suspense) | N/A |
| 7. | $1,602.01 | 9/5/2016 | 9/2016 |   |   | 4/26/2017 ($1,602.01 from suspense) | N/A |
| 8. | $1,602.01 | 9/19/2016 | 9/2016 |   |   | 4/26/2017 ($1,602.01 | N/A |

2

*This figure is the combined total of P&I.

|  |  |  |  |  | from suspense) |  |
| --- | --- | --- | --- | --- | --- | --- |
| 9. | $1,602.01 | 10/3/2016 | 10/2016 |  | 4/26/2017 ($1,602.01 from suspense) | N/A |
| 10. | $1,602.01 | 10/17/2016 | N/A | N/A | N/A | N/A |
| 11. | $1,602.01 | 10/31/2016 | N/A | N/A | N/A | N/A |
| 12. | $1,602.01 | 11/14/2016 | N/A | N/A | N/A | N/A |
| 13. | $1,602.01 | 11/28/2016 | N/A | N/A | N/A | N/A |
| 14. | $1,602.01 | 12/12/2016 | N/A | N/A | N/A | N/A |
| 15. | $1,602.01 | 12/26/2016 | N/A | N/A | N/A | N/A |
| 16. | $1,602.01 | 1/9/2017 | N/A | N/A | N/A | N/A |
| 17. | $1,602.01 | 1/23/2017 | N/A | N/A | N/A | N/A |
| 18. | $1,602.01 | 2/6/2017 | N/A | N/A | N/A | N/A |
| 19. | $1,602.01 | 2/20/2017 | N/A | N/A | N/A | N/A |
| 20. | $1,602.01 | 3/6/2017 | N/A | N/A | N/A | N/A |
| 21. | $1,602.01 | 3/20/2017 | N/A | N/A | N/A | N/A |
| 22. | $1,602.01 | 4/3/2017 | N/A | N/A | N/A | N/A |
| 23. | $1,602.01 | 4/17/2017 | N/A | N/A | N/A | N/A |
| TOTAL: | $36,846.23 |  |  | $14,423.82 |  |  |

[Continue on attached sheets if necessary.]

Monthly payments past due: __14__ mos. x $ 1,602.01

(Monthly payment + late charge) = $ 1,602.01 as of 4/28/2017.

Each current monthly payment is comprised of:

    Principal      $ 1,072.10*

    Interest        $ 0.00

    R.E. Taxes:   $ 0.00

    Insurance:    $ 0.00

    Late Charge:  $ 0.00

    Other         $ 529.91    (Specify: Escrow)

    TOTAL       $ 1,602.01

3

*This figure is the combined total of P&I.

If the monthly payment changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): N/A

Pre-petition arrears:  02 – 10 - 14 to 03 – 24 – 14 ( 4 mos. x  $1,580.96/mo. = $6,323.84)

04 – 07 - 14 to 02 – 23 – 15 ( 24 mos. X $1,464.93/mo. = $35,158.32)

03 – 09 – 15 to 03 – 23 – 15 ( 2 mos. X $1,481.99/mo.  = $2,963.98)

04 – 06 – 15 to 02 – 22 – 16 ( 24 mos. X $1,467.14/mo. = $35,211.36)

03 – 07 – 16 to 03 – 21 – 16 ( 2 mos. X $1,626.39/mo. = $3,252.78)

04 – 04 – 16 to 05 – 30 – 16 ( 5 mos. X $1,588.80/mo. = $7,944.00)

I certify under penalty of perjury that the above is true.

Date: May 11, 2017

*Sasha L Anderson*
Sasha L Anderson
Vice President Loan Documentation
Wells Fargo Bank, N.A.

*rev. 8/1/15*

4

*This figure is the combined total of P&I.