UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DE PIERRO RADDING, LLC
adepierro@depierrolaw.com
Alberico De Pierro
317 Belleville Avenue
Bloomfield, NJ 07003
(973) 748-7535
Attorneys for Debtors

| | |
|---|---|
| In Re:<br><br>Jesus Mercado, Jr.<br>Lillianet Mercado | Case No.:     16-20434 JKS_____<br><br>Judge:        Honorable John K. Sherwood_<br><br>Chapter:            13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒ Motion for Relief from the Automatic Stay filed by WELLS FARGO BANK, NA ,
creditor,

A hearing has been scheduled for  JUNE 22, 2017_____, at  9 AM_____.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

☒ Payments have been made in the amount of $ 16,113.42, but have not been
accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes
repayment as follows **(explain your answer):**

☒  Other **(explain your answer):**

Wells Fargo Bank, Na, has continuously sent debtors notices about payment changes
and has created confusion as to the amount actually owed and when the payments
started. Furthermore, for an inexplicable reason, Wells Fargo has unilaterally decided
to not apply the payments diligently made monthly by debtors.

3.      This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 6/20/17_____                    _____
                                                Debtor's Signature

Date: 6/20/17_____                    _____
                                                Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

Page 1 of 1

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

| | |
|---|---|
| Statement date | 04/12/17 |
| Loan number | 0484037759 |

Property address
699- 701 DEGRAW AVE
NEWARK, NJ 07104

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-278-1179

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m.
CT

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104-1615

We accept telecommunications relay service calls.

**The summaries below are based on the terms of the loan and are provided for informational purposes only.**

| Payment summary | | Balance summary | | Year-to-date summary[5] | |
|---|---|---|---|---|---|
| Principal | $649.18 | Unpaid principal balance[3] | $378,086.36 | Total received* | $5,859.72 |
| Interest | $398.27 | Unpaid funds balance[3] | $2,200.36 | Principal | $2,302.74 |
| Escrow | $539.08 | Escrow balance | $-37,180.13 | Interest** | $2,195.42 |
| Current payment 04/17/17 | $1,586.53 | (Contact Customer Service for your payoff balance) | | Escrow | $1,361.56 |
| Unpaid payment 06/02/14-04/03/17 | $113,991.16 | Interest rate [4] (Until 05/01/17) | 3.130% | Taxes disbursed | $2,577.42 |
| Unpaid late charge(s) | $473.04 | Maturity date | 04/36 | Insurance disbursed | $3,292.00 |
| Total payment | $116,050.73 | | | | |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Informational messages

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/11 | Payment | | $578.39 | $546.15 | $340.39 | Unapplied -$1,464.93 |
| 04/11 | Funds Received | $1,464.93 | | | | Unapplied $1,464.93 |

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104

Check here and see reverse for
address correction.

Loan number
0484037759
Payment date 04/17/17

If your Chapter 13 plan requires you to make your on-going post-petition mortgage payments directly to a Chapter 13 trustee, then do not send your payment to us. Rather, send your payment to the trustee as directed in your Chapter 13 plan.

Please specify additional funds

| | | |
|---|---|---|
| Payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow (if applicable) | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

WELLS FARGO HOME MORTGAGE
PO BOX 14507
DES MOINES IA 50306-3507

708 0484037759 6 1000015865301638901605073155776 9 0000000000000000 2

Page 1 of 1

**WELLS FARGO | HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

| | |
|---|---|
| Statement date | 03/16/17 |
| Loan number | 0484037759 |

Property address
699- 701 DEGRAW AVE
NEWARK, NJ 07104

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

## Customer Service

| | |
|---|---|
| Online | Telephone |
| wellsfargo.com | 1-800-274-7025 |
| Correspondence | Fax |
| PO Box 10335 | 1-866-278-1179 |
| Des Moines IA 50306 | Hours of operation |
| Payments | Mon - Fri 7 a.m. - 8 p.m. |
| PO Box 14507 | CT |
| Des Moines IA 50306 | |

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104-1615

We accept telecommunications relay service calls.

The summaries below are based on the terms of the loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $672.24 |
| Interest | $399.86 |
| Escrow | $539.08 |
| Current payment 03/20/17 | $1,611.18 |
| Unpaid payment 05/19/14-03/06/17 | $112,258.38 |
| Unpaid late charge(s) | $473.04 |
| **Total payment** | **$114,342.60** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance² | $378,664.75 |
| Unpaid funds balance³ | $2,200.36 |
| Escrow balance | $-37,520.52 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate⁴ (Until 04/03/17) | 3.130% |
| Maturity date | 04/36 |

### Year-to-date summary⁵

| | |
|---|---|
| Total received* | $4,394.79 |
| Principal | $1,724.35 |
| Interest** | $1,649.27 |
| Escrow | $1,021.17 |
| Taxes disbursed | $2,577.42 |
| Insurance disbursed | $3,292.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Informational messages

²This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

³This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

⁴This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

⁵Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/15 | Payment | | $577.56 | $546.08 | $340.79 | Unapplied -$1,464.93 |
| 03/15 | Funds Received | $1,464.93 | | | | Unapplied $1,464.93 |

### Important messages

**DISASTER PREPARATION**
Our disaster assistance team is here to help you if you are ever affected by a disaster such as a fire, flood, or storm. If needed, please contact us at the number above or visit wellsfargo.com/recovery for additional information including the insurance claim check process.

---

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104

*Check here and see reverse for address correction.*

Loan number
0484037759
Payment date 03/20/17

If your Chapter 13 plan requires you to make your on-going post-petition mortgage payments directly to a Chapter 13 trustee, then do not send your payment to us. Rather, send your payment to the trustee as directed in your Chapter 13 plan.

Please specify additional funds

| | | |
|---|---|---|
| Payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow (if applicable) | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

WELLS FARGO HOME MORTGAGE
PO BOX 14507
DES MOINES IA 50306-3507

708  0484037759  6  10000161118016647914342601386956  00000000000000000  0

RECIPIENT'S/LENDER'S name, address and telephone number
Wells Fargo Bank N.A.
Return Mail Operations                                                    04/30/17
PO Box 14411
Des Moines IA 50306-3411

We accept telecommunications relay service calls.
Phone #: 1-866-234-8271
Fax #: 1-866-278-1179          ☑ CORRECTED (if checked)

PAYER/BORROWER'S name, street address, city, state and ZIP code

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104-1615

| | |
|---|---|
| * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 **2016** Form 1098 |

| |
|---|
| **MORTGAGE INTEREST STATEMENT** |
| Copy B For Payer |

RECIPIENT Federal Identification no.
94-1347393

PAYER/BORROWER'S taxpayer identification no.
XXX-XX-6496

| 1 Mortgage Interest received from payer(s)/borrower(s) $2,779.50 |
|---|

| 2 Outstanding mortgage principal as of 1/1/2016 $383,123.44 | 3 Mortgage origination date 03/23/2006 |
|---|---|
| 4 Refund of overpaid interest $0.00 | 5 Mortgage insurance premiums $0.00 |

| 6 Points paid on purchase of principal residence $0.00 |
|---|

7 The address of the property securing the mortgage will be entered in box 8 and may be the same as PAYER/BORROWER's address. See box 8 or 9 below.

8 Address of property securing mortgage
699- 701 DEGRAW AVE
NEWARK, NJ 07104

The information in boxes 1 through 9 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for the mortgage interest or for these points, reported in boxes 1 and 6; or because you did not report the refund of interest (box 4); or because you claimed a non-deductible item.

| Payment information | | Account number | 9 If property securing mortgage has no address, provide description of the property. | 10 Real Estate Taxes |
|---|---|---|---|---|
| $1,464.93 | Total current payment | 0484037759 | | $10,309.68 |
| $340.39 | Escrow portion of pmt | | | |

Form 1098          SEE BACK SIDE FOR IMPORTANT INFORMATION   (Keep for your records.) Department of the Treasury - Internal Revenue Service
**Please consult a Tax Advisor about the deductibility of any payments made by you or others.**

-------------------------------------------------- 2016 INTEREST DETAIL --------------------------------------------------

TOTAL INTEREST APPLIED 2016                                                    $2,779.50
**2016 MORTGAGE INTEREST RECEIVED FROM PAYER / BORROWER(S)**                   **$2,779.50**

If you have questions about your loan, you can use the number listed at the top of this statement.
By selecting one of the options listed, you can receive information regarding:

- Taxes paid year-to-date                    - Interest paid year-to-date
- The amount & date of your last payment     - Other valuable information

We issue tax documents to the primary account owner.

Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., believes Customers come first. You can always count on us to provide the excellent service you've come to expect.



Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

Statement date     04/27/17
Loan number     0484037759
Property address
699- 701 DEGRAW AVE
NEWARK, NJ 07104

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104-1615

### Customer Service

**Online** — wellsfargo.com
**Telephone** — 1-800-274-7025

**Correspondence** — PO Box 10335, Des Moines IA 50306
**Fax** — 1-866-278-1179

**Payments** — PO Box 14507, Des Moines IA 50306
**Hours of operation** — Mon - Fri 7 a.m. - 8 p.m. CT

We accept telecommunications relay service calls.

The summaries below are based on the terms of the loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $649.96 |
| Interest | $397.49 |
| Escrow | $539.08 |
| Current payment 05/01/17 | $1,586.53 |
| Unpaid payment 06/16/14-04/17/17 | $114,112.76 |
| Unpaid late charge(s) | $473.04 |
| **Total payment** | **$116,172.33** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance[2] | $377,505.68 |
| Unpaid funds balance[3] | $775.33 |
| Escrow balance | $-39,417.16 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate[4] (Until 05/15/17) | 3.130% |
| Maturity date | 04/36 |

### Year-to-date summary[5]

| | |
|---|---|
| Total received* | $7,324.65 |
| Principal | $2,883.42 |
| Interest** | $2,739.28 |
| Escrow | $1,701.95 |
| Taxes disbursed | $5,154.84 |
| Insurance disbursed | $3,292.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have related questions, please consult your tax advisor.

### Informational messages

[1]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 04/26 | City tax payment | | | | -$2,577.42 | NEWARK CITY (1)(W) |
| 04/25 | Payment reversal | | -$680.62 | -$559.95 | -$340.39 | Unapplied $1,580.96 |
| 04/25 | Payment reversal | | -$681.62 | -$558.95 | -$340.39 | Unapplied $1,580.96 |
| 04/25 | Payment reversal | | -$685.55 | -$555.02 | -$340.39 | Unapplied $1,580.96 |
| 04/25 | Payment reversal | | -$686.65 | -$554.02 | -$340.39 | Unapplied $1,580.96 |
| 04/25 | Payment reversal | | -$672.08 | -$551.56 | -$340.39 | Unapplied $1,464.03 |
| 04/25 | Payment reversal | | -$572.81 | -$550.73 | -$340.39 | Unapplied $1,464.03 |
| 04/25 | Payment reversal | | -$577.56 | -$546.08 | -$340.39 | Unapplied $1,464.03 |
| 04/25 | Payment reversal | | -$578.39 | -$546.15 | -$340.39 | Unapplied $1,464.03 |
| 04/19 | Payment | | $680.68 | $543.86 | $340.39 | Unapplied -$1,464.93 |
| 04/19 | Funds Received | $39.90 | | | | Unapplied $39.90 |
| 03/15 | Payment | | $578.39 | $546.15 | $340.39 | Unapplied -$1,464.93 |

*Activity continued on next page*

---

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104

*Check here and see reverse for address correction.*

Loan number
0484037759
Payment date 05/01/17

If your Chapter 13 plan requires you to make your on-going post-petition mortgage payments directly to a Chapter 13 trustee, then do not send your payment to us. Rather, send your payment to the trustee as directed in your Chapter 13 plan.

*Please specify additional funds*

| | | |
|---|---|---|
| Payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow (if applicable) | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

WELLS FARGO HOME MORTGAGE
PO BOX 14507
DES MOINES IA 50306-3507

708 0484037759 6 100001586530163890161723315б9929 000000000000000000 9

JESUS MERCADO JR
LILLIANET MERCADO

Loan number:  0484037759

## Activity since your last statement (continued)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|------|-------------|-------|-----------|----------|--------|-------|
| 02/13 | Payment | | $577.56 | $546.98 | $340.39 | Unapplied -$1,464.93 |
| 01/24 | Payment | | $573.81 | $550.73 | $340.39 | Unapplied -$1,464.93 |
| 12/31 | Payment | | $572.98 | $551.56 | $340.39 | Unapplied -$1,464.93 |
| 11/21 | Payment | | $686.55 | $654.02 | $340.39 | Unapplied -$1,580.96 |
| 10/31 | Payment | | $684.55 | $555.02 | $340.39 | Unapplied -$1,580.96 |
| 09/19 | Payment | | $681.62 | $558.95 | $340.39 | Unapplied -$1,580.96 |
| 08/22 | Payment | | $680.62 | $559.95 | $340.39 | Unapplied -$1,580.96 |

6/20/2017                                                                                    Wells Fargo

# WELLS FARGO

## Jesus Lilly Mtge
...7759

### $376,924.17
Outstanding principal balance

Balance Details

| | |
|---|---|
| **Next payment due on 06/30/14 Next payment details** | $1,464.93 |
| **Total amount due to make loan current** | $119,466.99 |
| **Last payment received on 06/07/17** | $1,464.93 |
| **Outstanding principal balance** | $376,924.17 |
| **Interest rate** | 3.74% |
| **Escrow balance (taxes & insurance) Escrow details** | $0.00 |
| **Unpaid fees / late charges** | $473.04 |

## Activity

Use Search to view more transactions

| Date | Description | Amount | Principal Balance |
|---|---|---|---|
| 06/06/17 | APPLIED FUNDS | -$1,464.93 | $376,924.17 |

Details

Principal:
   $581.51
Interest payment:
   $543.03
Escrow payment:
   $340.39
:
   -$1,464.93

| | | | |
|---|---|---|---|
| 06/06/17 | PAYMENT | $1,464.93 | $377,505.68 |

Details

Payment received on 06/06/17:
   $1,464.93
:
   $1,464.93

| | | | |
|---|---|---|---|
| 05/20/17 | PAYMENT | $1,000.00 | $377,505.68 |

Details

Payment received on 05/20/17:
   $1,000.00
:
   $1,000.00

6/20/2017

Wells Fargo

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 04/26/17 | CITY TAX PMT | $2,577.42 | $377,505.68 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $383,123.44 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $382,442.82 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,075.65 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $381,075.65 |
| 04/25/17 | PMT REVERSAL | $0.00 | $380,389.10 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $380,389.10 |
| 04/25/17 | PMT REVERSAL | $0.00 | $379,816.12 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $379,816.12 |
| 04/25/17 | PMT REVERSAL | $0.00 | $379,242.31 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $379,242.31 |
| 04/25/17 | PMT REVERSAL | $0.00 | $378,664.75 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $378,664.75 |
| 04/19/17 | APPLIED FUNDS | -$1,464.93 | $377,505.68 |

## Details

Principal:
    $580.68
Interest payment:
    $543.86
Escrow payment:
    $340.39
:
    -$1,464.93

| 04/19/17 | PAYMENT | $39.90 | $378,086.36 |

## Details

Payment received on 04/19/17:
    $39.90
:
    $39.90

| 04/11/17 | APPLIED FUNDS | -$1,464.93 | $378,086.36 |

6/20/2017                                    Wells Fargo

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|

## Details

Principal:
   $578.39
Interest payment:
   $546.15
Escrow payment:
   $340.39
:
   -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 04/11/17 | PAYMENT | $1,464.93 | $378,664.75 |

## Details

Payment received on 04/11/17:
   $1,464.93
:
   $1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 03/15/17 | APPLIED FUNDS | -$1,464.93 | $378,086.36 |

## Details

Principal:
   $578.39
Interest payment:
   $546.15
Escrow payment:
   $340.39
:
   -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 03/15/17 | APPLIED FUNDS | -$1,464.93 | $378,664.75 |

## Details

Principal:
   $577.56
Interest payment:
   $546.98
Escrow payment:
   $340.39
:
   -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 03/15/17 | PAYMENT | $1,464.93 | $379,242.31 |

## Details

Payment received on 03/15/17:
   $1,464.93
:
   $1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 02/13/17 | APPLIED FUNDS | -$1,464.93 | $378,664.75 |

6/20/2017

Wells Fargo

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|

## Details

Principal:
 $577.56
Interest payment:
 $546.98
Escrow payment:
 $340.39
:
 -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 02/13/17 | APPLIED FUNDS | -$1,464.93 | $379,242.31 |

## Details

Principal:
 $573.81
Interest payment:
 $550.73
Escrow payment:
 $340.39
:
 -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 02/13/17 | PAYMENT | $1,611.18 | $379,816.12 |

## Details

Payment received on 02/13/17:
 $1,611.18
:
 $1,611.18

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 02/02/17 | HAZARD INS PMT | $3,292.00 | $379,816.12 |
| 01/30/17 | CITY TAX PMT | $2,577.42 | $379,816.12 |
| 01/24/17 | APPLIED FUNDS | -$1,464.93 | $379,242.31 |

## Details

Principal:
 $573.81
Interest payment:
 $550.73
Escrow payment:
 $340.39
:
 -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 01/24/17 | PAYMENT | $500.00 | $379,816.12 |

6/20/2017                                                          Wells Fargo

| Date | Description | Amount | Principal Balance |
| --- | --- | --- | --- |

## Details

Payment received on 01/24/17:
$500.00
:
$500.00

| 01/20/17 | APPLIED FUNDS | -$1,464.93 | $379,816.12 |

## Details

Principal:
$572.98
Interest payment:
$551.56
Escrow payment:
$340.39
:
-$1,464.93

| 01/20/17 | PAYMENT | $1,000.00 | $380,389.10 |

## Details

Payment received on 01/20/17:
$1,000.00
:
$1,000.00

| 12/31/16 | APPLIED FUNDS | -$1,464.93 | $379,816.12 |

## Details

Principal:
$572.98
Interest payment:
$551.56
Escrow payment:
$340.39
:
-$1,464.93

View more account history through Statements & Documents.

## *Account Disclosures

The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

Mortgage same day payment effective dates

If paid using a Wells Fargo checking or savings account by Midnight Pacific Time - Same Day
If paid using a non-Wells Fargo checking or savings account:
Before 10:00 pm Pacific Time (Mon - Fri) - Same Day
After 10:00 pm Pacific Time (Mon - Fri) - Next Business Day

On a non-business day or holiday - Next Business Day

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

☎ Equal Housing Lender

6/20/2017                                                Wells Fargo

# WELLS FARGO

## Jesus Lilly Mtge
...7759

### $376,924.17
Outstanding principal balance

### Balance Details

| | |
|---|---|
| **Next payment due on 06/30/14 Next payment details** | $1,464.93 |
| **Total amount due to make loan current** | $119,466.99 |
| **Last payment received on 06/07/17** | $1,464.93 |
| **Outstanding principal balance** | $376,924.17 |
| **Interest rate** | 3.74% |
| **Escrow balance (taxes & insurance) Escrow details** | $0.00 |
| **Unpaid fees / late charges** | $473.04 |

## Activity

Use Search to view more transactions

| Date | Description | Amount | Principal Balance |
|---|---|---|---|
| 06/06/17 | APPLIED FUNDS | -$1,464.93 | $376,924.17 |
| 06/06/17 | PAYMENT | $1,464.93 | $377,505.68 |
| 05/20/17 | PAYMENT | $1,000.00 | $377,505.68 |
| 04/26/17 | CITY TAX PMT | $2,577.42 | $377,505.68 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $383,123.44 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $382,442.82 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,075.65 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $381,075.65 |
| 04/25/17 | PMT REVERSAL | $0.00 | $380,389.10 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $380,389.10 |
| 04/25/17 | PMT REVERSAL | $0.00 | $379,816.12 |
| 04/25/17 | PMT REVERSAL | $0.00 | $379,816.12 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $379,816.12 |
| 04/25/17 | PMT REVERSAL | $0.00 | $379,242.31 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $379,242.31 |
| 04/25/17 | PMT REVERSAL | $0.00 | $378,664.75 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $378,664.75 |

6/20/2017                                                Wells Fargo

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 04/19/17 | APPLIED FUNDS | -$1,464.93 | $377,505.68 |
| 04/19/17 | PAYMENT | $39.90 | $378,086.36 |
| 04/11/17 | APPLIED FUNDS | -$1,464.93 | $378,086.36 |
| 04/11/17 | PAYMENT | $1,464.93 | $378,664.75 |
| 03/15/17 | APPLIED FUNDS | -$1,464.93 | $378,086.36 |
| 03/15/17 | APPLIED FUNDS | -$1,464.93 | $378,664.75 |
| 03/15/17 | PAYMENT | $1,464.93 | $379,242.31 |
| 02/13/17 | APPLIED FUNDS | -$1,464.93 | $378,664.75 |
| 02/13/17 | APPLIED FUNDS | -$1,464.93 | $379,242.31 |
| 02/13/17 | PAYMENT | $1,611.18 | $379,816.12 |
| 02/02/17 | HAZARD INS PMT | $3,292.00 | $379,816.12 |
| 01/30/17 | CITY TAX PMT | $2,577.42 | $379,816.12 |
| 01/24/17 | APPLIED FUNDS | -$1,464.93 | $379,242.31 |
| 01/24/17 | PAYMENT | $500.00 | $379,816.12 |
| 01/20/17 | APPLIED FUNDS | -$1,464.93 | $379,816.12 |
| 01/20/17 | PAYMENT | $1,000.00 | $380,389.10 |
| 12/31/16 | APPLIED FUNDS | -$1,464.93 | $379,816.12 |

View more account history through Statements & Documents.

## *Account Disclosures

The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

Mortgage same day payment effective dates

If paid using a Wells Fargo checking or savings account by Midnight Pacific Time - Same Day
If paid using a non-Wells Fargo checking or savings account:
Before 10:00 pm Pacific Time (Mon - Fri) - Same Day
After 10:00 pm Pacific Time (Mon - Fri) - Next Business Day
On a non-business day or holiday - Next Business Day

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

☏ Equal Housing Lender



**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

Page 1 of 1

| | |
|---|---|
| Statement date | 06/07/17 |
| Loan number | 0484037759 |

Property address
699- 701 DEGRAW AVE
NEWARK, NJ 07104

### PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Fax**
1-866-278-1179

**Payments**
PO Box 14507
Des Moines IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m.
CT

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104-1615

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of the loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $652.31 |
| Interest | $395.14 |
| Escrow | $539.08 |
| Current payment 06/12/17 | $1,586.53 |
| Unpaid payment 06/30/14-05/29/17 | $117,407.42 |
| Unpaid late charge(s) | $473.04 |
| **Total payment** | **$119,466.99** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance² | $376,924.17 |
| Unpaid funds balance³ | $1,775.33 |
| Escrow balance | $-39,076.77 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate⁴ (Until 06/26/17) | 3.130% |
| Maturity date | 04/36 |

### Year-to-date summary⁵

| | |
|---|---|
| Total received* | $8,789.58 |
| Principal | $3,464.93 |
| Interest** | $3,282.31 |
| Escrow | $2,042.34 |
| Taxes disbursed | $5,154.84 |
| Insurance disbursed | $3,292.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Informational messages

²This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

³This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

⁴This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

⁵Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/06 | Payment | | $581.41 | $543.03 | $340.39 | Unapplied -$1,464.93 |
| 06/06 | Funds Received | $1,464.93 | | | | Unapplied $1,464.93 |

---

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104

**Loan number**
0484037759
Payment date 06/12/17

If your Chapter 13 plan requires you to make your on-going post-petition mortgage payments directly to a Chapter 13 trustee, then do not send your payment to us. Rather, send your payment to the trustee as directed in your Chapter 13 plan.

Check here and see reverse for address correction.

Please specify additional funds

| | | |
|---|---|---|
| Payment x past amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow (if applicable) | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

WELLS FARGO HOME MORTGAGE
PO BOX 14507
DES MOINES IA 50306-3507

708 0484037759 6 10000158653016389019466991899395 0000000000000000 2

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

Page 1 of 1

| | |
|---|---|
| Statement date | 05/30/17 |
| Loan number | 0484037759 |

Property address
699- 701 DEGRAW AVE
NEWARK, NJ 07104

## Customer Service

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104-1615

**Online**
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Payments**
PO Box 14507
Des Moines IA 50306

**Telephone**
1-800-274-7025

**Fax**
1-866-278-1179

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m. CT

We accept telecommunications relay service calls.

---

The summaries below are based on the terms of the loan and are provided for informational purposes only.

### Payment summary

| | |
|---|---|
| Principal | $652.31 |
| Interest | $395.14 |
| Escrow | $539.08 |
| Current payment 06/12/17 | $1,586.53 |
| Unpaid payment 06/16/14-05/29/17 | $118,872.35 |
| Unpaid late charge(s) | $473.04 |
| **Total payment** | **$120,931.92** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance² | $377,505.68 |
| Unapplied funds balance³ | $1,775.33 |
| Escrow balance | $-39,417.16 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate⁴ (Until 06/26/17) | 3.130% |
| Maturity date | 04/36 |

### Year-to-date summary⁵

| | |
|---|---|
| Total received* | $7,324.65 |
| Principal | $2,883.42 |
| Interest** | $2,739.28 |
| Escrow | $1,701.95 |
| Taxes disbursed | $5,154.84 |
| Insurance disbursed | $3,292.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Informational messages

²This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

³This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

⁴This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

⁵Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/20 | Funds Received | $1,000.00 | | | | Unapplied $1,000.00 |

---

JESUS MERCADO JR
LILLIANET MERCADO
701 DEGRAW AVE
NEWARK, NJ 07104

Check here and see reverse for address correction.

Loan number
0484037759
Payment date 06/12/17

If your Chapter 13 plan requires you to make your on-going post-petition mortgage payments directly to a Chapter 13 trustee, then do not send your payment to us. Rather, send your payment to the trustee as directed in your Chapter 13 plan.

Please specify additional funds

| | | |
|---|---|---|
| Payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow (if applicable) | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

WELLS FARGO HOME MORTGAGE
PO BOX 14507
DES MOINES IA 50306-3507

708 0484037759 6 1000015865301638902093192204588 000000000000000000 8

6/20/2017                                                    Wells Fargo

# WELLS FARGO

## Jesus Lilly Mtge
...7759

**$376,924.17**
Outstanding principal balance

### Balance Details

| | |
|---|---|
| **Next payment due on 06/30/14 Next payment details** | $1,464.93 |
| **Total amount due to make loan current** | $119,466.99 |
| **Last payment received on 06/07/17** | $1,464.93 |
| **Outstanding principal balance** | $376,924.17 |
| **Interest rate** | 3.74% |
| **Escrow balance (taxes & insurance) Escrow details** | $0.00 |
| **Unpaid fees / late charges** | $473.04 |

## Activity

Use Search to view more transactions

| Date | Description | Amount | Principal Balance |
|---|---|---|---|
| 04/28/16 | CITY TAX PMT | $2,479.27 | $383,123.44 |
| 04/07/16 | HAZARD INS PMT | $3,548.65 | $383,123.44 |
| 01/28/16 | CITY TAX PMT | $2,479.27 | $383,123.44 |

View more account history through Statements & Documents.

## *Account Disclosures

The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

Mortgage same day payment effective dates

If paid using a Wells Fargo checking or savings account by Midnight Pacific Time - Same Day
If paid using a non-Wells Fargo checking or savings account:
Before 10:00 pm Pacific Time (Mon - Fri) - Same Day
After 10:00 pm Pacific Time (Mon - Fri) - Next Business Day
On a non-business day or holiday - Next Business Day

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

☎ Equal Housing Lender

6/20/2017                                          Wells Fargo

# WELLS FARGO

## Jesus Lilly Mtge
...7759

**$376,924.17**
Outstanding principal balance

### Balance Details

| | |
|---|---|
| **Next payment due on 06/30/14 Next payment details** | $1,464.93 |
| **Total amount due to make loan current** | $119,466.99 |
| **Last payment received on 06/07/17** | $1,464.93 |
| **Outstanding principal balance** | $376,924.17 |
| **Interest rate** | 3.74% |
| **Escrow balance (taxes & insurance) Escrow details** | $0.00 |
| **Unpaid fees / late charges** | $473.04 |

## Activity

Use Search to view more transactions

| Date | Description | Amount | Principal Balance |
|---|---|---|---|
| 06/06/17 | APPLIED FUNDS | -$1,464.93 | $376,924.17 |

### Details

Principal:
     $581.51
Interest payment:
     $543.03
Escrow payment:
     $340.39
:
     -$1,464.93

| | | | |
|---|---|---|---|
| 06/06/17 | PAYMENT | $1,464.93 | $377,505.68 |

### Details

Payment received on 06/06/17:
     $1,464.93
:
     $1,464.93

| | | | |
|---|---|---|---|
| 05/20/17 | PAYMENT | $1,000.00 | $377,505.68 |

### Details

Payment received on 05/20/17:
     $1,000.00
:
     $1,000.00

6/20/2017                                      Wells Fargo

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 04/26/17 | CITY TAX PMT | $2,577.42 | $377,505.68 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $383,123.44 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $382,442.82 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $381,761.20 |
| 04/25/17 | PMT REVERSAL | $0.00 | $381,075.65 |
| 04/25/17 | PMT REVERSAL | $1,580.96 | $381,075.65 |
| 04/25/17 | PMT REVERSAL | $0.00 | $380,389.10 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $380,389.10 |
| 04/25/17 | PMT REVERSAL | $0.00 | $379,816.12 |
| 04/25/17 | PMT REVERSAL | $0.00 | $379,816.12 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $379,816.12 |
| 04/25/17 | PMT REVERSAL | $0.00 | $379,242.31 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $379,242.31 |
| 04/25/17 | PMT REVERSAL | $0.00 | $378,664.75 |
| 04/25/17 | PMT REVERSAL | $1,464.93 | $378,664.75 |
| 04/19/17 | APPLIED FUNDS | -$1,464.93 | $377,505.68 |

## Details

Principal:
    $580.68
Interest payment:
    $543.86
Escrow payment:
    $340.39
:
    -$1,464.93

| 04/19/17 | PAYMENT | $39.90 | $378,086.36 |

## Details

Payment received on 04/19/17:
    $39.90
:
    $39.90

| 04/11/17 | APPLIED FUNDS | -$1,464.93 | $378,086.36 |

6/20/2017
Wells Fargo

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|

## Details

Principal:
   $578.39
Interest payment:
   $546.15
Escrow payment:
   $340.39
:

   -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 04/11/17 | PAYMENT | $1,464.93 | $378,664.75 |

## Details

Payment received on 04/11/17:
   $1,464.93
:

   $1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 03/15/17 | APPLIED FUNDS | -$1,464.93 | $378,086.36 |

## Details

Principal:
   $578.39
Interest payment:
   $546.15
Escrow payment:
   $340.39
:

   -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 03/15/17 | APPLIED FUNDS | -$1,464.93 | $378,664.75 |

## Details

Principal:
   $577.56
Interest payment:
   $546.98
Escrow payment:
   $340.39
:

   -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 03/15/17 | PAYMENT | $1,464.93 | $379,242.31 |

## Details

Payment received on 03/15/17:
   $1,464.93
:

   $1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 02/13/17 | APPLIED FUNDS | -$1,464.93 | $378,664.75 |

6/20/2017                                                     Wells Fargo

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|

## Details

Principal:
    $577.56
Interest payment:
    $546.98
Escrow payment:
    $340.39
:
    -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 02/13/17 | APPLIED FUNDS | -$1,464.93 | $379,242.31 |

## Details

Principal:
    $573.81
Interest payment:
    $550.73
Escrow payment:
    $340.39
:
    -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 02/13/17 | PAYMENT | $1,611.18 | $379,816.12 |

## Details

Payment received on 02/13/17:
    $1,611.18
:
    $1,611.18

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 02/02/17 | HAZARD INS PMT | $3,292.00 | $379,816.12 |
| 01/30/17 | CITY TAX PMT | $2,577.42 | $379,816.12 |
| 01/24/17 | APPLIED FUNDS | -$1,464.93 | $379,242.31 |

## Details

Principal:
    $573.81
Interest payment:
    $550.73
Escrow payment:
    $340.39
:
    -$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 01/24/17 | PAYMENT | $500.00 | $379,816.12 |

6/20/2017

Wells Fargo

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|

## Details

Payment received on 01/24/17:
$500.00

:

$500.00

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 01/20/17 | APPLIED FUNDS | -$1,464.93 | $379,816.12 |

## Details

Principal:
$572.98
Interest payment:
$551.56
Escrow payment:
$340.39

:

-$1,464.93

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 01/20/17 | PAYMENT | $1,000.00 | $380,389.10 |

## Details

Payment received on 01/20/17:
$1,000.00

:

$1,000.00

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 12/31/16 | APPLIED FUNDS | -$1,464.93 | $379,816.12 |

## Details

Principal:
$572.98
Interest payment:
$551.56
Escrow payment:
$340.39

:

-$1,464.93


View more account history through Statements & Documents.

## *Account Disclosures

The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

Mortgage same day payment effective dates

If paid using a Wells Fargo checking or savings account by Midnight Pacific Time - Same Day
If paid using a non-Wells Fargo checking or savings account:
Before 10:00 pm Pacific Time (Mon - Fri) - Same Day
After 10:00 pm Pacific Time (Mon - Fri) - Next Business Day

6/20/2017    Wells Fargo

On a non-business day or holiday - Next Business Day

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

☎ Equal Housing Lender